SEPTEMBER 26, 1996

No. 96–5660. VELARDE *v.* UNITED STATES. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.

OCTOBER 1, 1996

No. 95–2031. YOUNG ET AL. *v.* FORDICE ET AL. Appeal from D. C. S. D. Miss. Probable jurisdiction noted. Brief of appellants is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 12, 1996. Briefs of appellees are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 10, 1996. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 27, 1996. This Court's Rule 29.2 does not apply.

No. 95–1621. HARBOR TUG & BARGE CO. *v.* PAPAI ET UX. C. A. 9th Cir. Motion of Industrial Indemnity Co. for leave to file a brief as *amicus curiae* granted. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 12, 1996. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 10, 1996. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 27, 1996. This Court's Rule 29.2 does not apply.